# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2013

145940 & (61)(65)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                          SC: 145940
                                                          COA: 302497
                                                          Jackson CC: 09-006113-FH

MUQARIBU AUNDUNAE MILES,
     Defendant-Appellant.

_____/

      On order of the Court, the motion for leave to file a pro per supplemental application for leave to appeal is GRANTED. The application for leave to appeal the August 9, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.

      HATHAWAY, J., not participating.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2013                                        _____

p0116                                                          Clerk